UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FLORYTA VELAZQUEZ,

                        Plaintiff,

    *against*

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                       Defendant,
----------------------------------------------------------------X

Docket #: 1:20-CV-4970

## NOTICE OF FILING OF PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
       October 16, 2020

                       THE STOP & SHOP SUPERMARKET COMPANY LLC

                       s/ *Jerome C. Chapman IV*
                     By: _____
                     JEROME C. CHAPMAN IV [JC7166]
                     TORINO & BERNSTEIN, P.C.
                     Attorney for Defendant
                     200 Old Country Road, Suite 220
                     Mineola, NY 11501
                     (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this October 16, 2020, to LAW OFFICES OF FRANK H. GUZMAN, PC, 8726 Jamaica Avenue, Woodhaven, New York 11421

                     s/ *Jerome C. Chapman IV*
                     _____
                     JEROME C. CHAPMAN IV