**- E X H I B I T   C -**

SUPREME COURT; STATE OF NEW YORK
COUNTY OF KINGS

Index #: 509376/2020 E-File

--------------------------------------------------------------X

FLORYTA VELAZQUEZ,

NOTICE OF REMOVAL

                                    Plaintiff,

        *against*

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                                    Defendant,

--------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendant THE STOP & SHOP SUPERMARKET
COMPANY LLC has filed a petition to the United States District Court, Eastern District of
New York for removal of this action to that court. A copy of said petition is attached hereto.

        PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(e), this Court,
"shall proceed no further unless and until this case is remanded."

Dated:  Mineola, NY
            October 16, 2020

                                    THE  STOP  &  SHOP  SUPERMARKET
                                    COMPANY LLC

                                    s/ *Jerome C. Chapman IV*
                                    By: _____
                                    JEROME C. CHAPMAN IV[JC7166]
                                    TORINO & BERNSTEIN, P.C.
                                    Attorney for Defendant
                                    200 Old Country Road, Suite 220
                                    Mineola, NY 11501
                                    (516) 747-4301 Fax: (516) 747-5956

TO:    Supreme Court/Kings County
          Via Efile

          LAW OFFICES OF FRANK H. GUZMAN, PC
          *Attorney for Plaintiff*
          8726 Jamaica Avenue
          Woodhaven, New York 11421
          Via Efile

SUPREME COURT: STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X      Index #:509376/2020 E-File
FLORYTA VELAZQUEZ,
                             Plaintiff,

             -against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                     Defendant,

-----------------------------------------------------------------X

---

# NOTICE OF REMOVAL

---

**TORINO & BERNSTEIN, P.C.**

Attorneys for Defendant
THE STOP & SHOP SUPERMARKET COMPANY LLC
200 OLD COUNTRY ROAD, SUITE 220
MINEOLA, NEW YORK 11501
<516> 747-4301 Fax: <516> 747-5956